THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
Charles Griggs, Appellant,
v.
Ashley Towne
 Village Horizontal Property Owners Assoc., Respondent.
 
 
 

Appeal From Charleston County
 J.C. Nicholson, Jr., Circuit Court Judge

Unpublished Opinion No. 2011-UP-565
Submitted December 1, 2011  Filed
 December 20, 2011 

AFFIRMED

 
 
 
Charles Griggs, pro se, of Acworth, Georgia.
Derek F. Dean, of Charleston, for Respondent.
 
 
 

PER CURIAM:  Charles Griggs appeals the circuit
 court's order dismissing his appeal from the magistrate's court.  He argues the
 circuit court erred in finding his service of the notice of intention to appeal
 was untimely.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authorities: Rule 220(c),
 SCACR ("The appellate court may affirm any ruling, order, decision or
 judgment upon any ground(s) appearing in the Record on Appeal."); Rule 74,
 SCRCP ("[T]he notice of intention to appeal shall be filed . . . with the
 [magistrate] within the time provided by the statute . . . .").[2]
AFFIRMED.
HUFF,
 PIEPER, and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.
[2] Because we find this issue dispositive, we decline to
 address any remaining issues.  See Futch v.
 McAllister Towing of Georgetown, Inc., 335
 S.C. 598, 613, 518 S.E.2d 591, 598 (1999).